# UNITED STATES DISTRICT COURT

## District of Minnesota

| | |
|---|---|
| Sergio Navarro, Theresa Gamage, Dayle Bulla, Jane Kinsella, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 24-cv-3043 LMP/DTS |
| Wells Fargo & Company, Michael Branca, Mark Hickman, Drew Wineland, David Galloreese, Bei Ling, Does 1-20, | |
| Defendant(s), | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

　　　　IT IS ORDERED AND ADJUDGED THAT:

1. Wells Fargo's Motion to Dismiss (ECF No. 28) is **GRANTED**; and

2. Plaintiffs' Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

Date: 3/24/2025　　　　　　　　　　　　　　　　　　　　KATE M. FOGARTY, CLERK