UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SERGIO NAVARRO, THERESA GAMAGE, DAYLE BULLA, JANE KINSELLA, and ERICA McKINLEY, on their own behalf, on behalf of all others similarly situated, and on behalf of the Wells Fargo & Company Health Plan and its component plans,<br><br>      Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY,<br><br>      Defendant. | No. 0:24-cv-03043-LMP-DLM<br><br>**JOINT MOTION FOR EXTENSION OF DEADLINES FOR DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT** |

  Plaintiffs Sergio Navarro, Theresa Gamage, Dayle Bulla, Jane Kinsella, and Erica McKinley ("Plaintiffs") and Defendant Wells Fargo & Company ("Defendant" and together with Plaintiffs, the "Parties"), by and through their respective counsel of record, respectfully request an extension of the deadlines applicable to Defendant's forthcoming Motion to Dismiss the Amended Complaint, and for related briefing. In support of this Motion, the Parties state as follows:

  1. On July 30, 2024, Plaintiffs filed the Complaint ("Complaint") in the above-captioned action. (ECF No. 1.)

  2. On March 24, 2025, the Court granted Defendant's Motion to Dismiss the Complaint. (ECF No. 57.)

3. On April 17, 2025, the Court granted Plaintiffs leave to amend the Complaint and ordered that Wells Fargo either answer or file a motion under Federal Rule of Civil Procedure ("Rule") 12 within 21 days of such amendment. (ECF No. 62.)

4. On May 8, 2025, Plaintiffs filed the Amended Class Action Complaint ("Amended Complaint") in the above-captioned action. (ECF No. 64.)

5. Defendant has informed Plaintiffs that it intends to file a Motion to Dismiss the Amended Complaint pursuant to Rule 12.

6. The Parties have agreed, subject to the Court's approval, to a brief extension of the deadlines concerning Defendant's time to answer, move, or otherwise respond to the Amended Complaint, and for related briefing beyond the deadlines set by the Court and Local Rule 7.1.

7. The Parties respectfully request that the Court enter an order providing that: (i) the deadline for Defendant to move to dismiss the Amended Complaint is June 12, 2025; (ii) the deadline for Plaintiffs' opposition is July 17, 2025; and (iii) the deadline for Defendant's reply is August 7, 2025.

Agreed to and submitted by:

Dated: May 19, 2025

        **PROSKAUER ROSE LLP**

        By: */s/ Russell L. Hirschhorn*
        Russell L. Hirschhorn (*pro hac vice*)
        Joseph E. Clark (*pro hac vice*)
        Sydney L. Juliano (*pro hac vice*)
        Eleven Times Square
        New York, NY 10036
        Telephone: (212) 969-3286
        Facsimile: (212) 969-2900
        rhirschhorn@proskauer.com
        jclark@proskauer.com
        sjuliano@proskauer.com

        **FAEGRE DRINKER BIDDLE & REATH LLP**
        Jeffrey P. Justman (#0390413)
        Kiera Murphy (#0401027)
        90 S. 7th St., Suite 2200
        Minneapolis, MN 55402
        Telephone: (612) 766-7000
        Facsimile: (612) 766-1600
        jeff.justman@faegredrinker.com
        kiera.murphy@faegredrinker.com

        *Counsel for Defendant Wells Fargo & Company*

        **COHEN MILSTEIN SELLERS & TOLL, PLLC**

        */s/ Kai H. Richter*
        Kai H. Richter MN Bar No. 0296545
        Eleanor Frisch MN Bar No. 397776
        400 South 4th Street #401-27 Minneapolis, MN 55415
        Telephone: (612) 807-1575
        krichter@cohenmilstein.com
        efrisch@cohenmilstein.com

**COHEN MILSTEIN SELLERS & TOLL, PLLC**
Michelle Yau (*pro hac vice*)
Allison Pienta (*pro hac vice*)
1100 New York Ave. NW, Eighth Floor
Washington, D.C. 20005
Telephone: (202) 408-4600
myau@cohenmilstein.com
apienta@cohenmilstein.com

**COHEN MILSTEIN SELLERS & TOLL, PLLC**
Michael Eisenkraft (*pro hac vice*)
88 Pine Street, 14th Floor
New York, New York 10005
Telephone: (212) 838-7797
meisenkraft@cohenmilstein.com

**FAIRMARK PARTNERS, LLP**
Jamie Crooks (*pro hac vice*)
Michael Lieberman (*pro hac vice*)
400 7th Street NW, Suite 304
Washington, DC 20004
Telephone: (619) 507-4182
jamie@fairmarklaw.com
michael@fairmarklaw.com

**GUSTAFSON GLUEK PLLC**
Daniel E. Gustafson
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com

*Attorneys for Plaintiffs and the Proposed Class*