UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SERGIO NAVARRO, THERESA GAMAGE, DAYLE BULLA, JANE KINSELLA, and ERICA McKINLEY, on their own behalf, on behalf of all others similarly situated, and on behalf of the Wells Fargo & Company Health Plan and its component plans,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY,<br><br>Defendant. | Civil Action No. 0:24-cv-03043-LMP-DLM |

**PLAINTIFFS' NOTICE OF MOTION REGARDING
CONTINUED SEALING OF REFERENCE LIST**

Pursuant to Fed. R. Civ. P. 5.2 and D. Minn. LR 5.6(e), Plaintiffs Sergio Navarro, Theresa Gamage, Dayle Bulla, Jayne Kinsella, and Erica McKinley ("Plaintiffs") move for the continued sealing of the Reference List filed under temporary seal via ECF on May 19, 2025. ECF 65. On May 8, 2025, Plaintiffs filed a partially redacted Amended Complaint, ECF 64, which contains numbered redactions to protect private health information related to Plaintiffs' prescription medications. In accordance with Fed. R. Civ. P. 5.2(g), Plaintiffs filed a Reference List under temporary seal which identifies each of those medications. For the reasons set forth in the accompanying Memorandum of Law, Plaintiffs respectfully request that the Court grant their motion and order the continued sealing of the Reference

1

List pursuant to Fed. R. Civ. P. 5.2 and D. Minn. LR 5.6(e).  Defendant does not oppose the sealing request.

Dated: May 19, 2025              Respectfully Submitted,

/s/ *Kai H. Richter*
Kai Richter MN Bar No. 0296545
Eleanor Frisch MN Bar No. 397776
COHEN MILSTEIN SELLERS & TOLL, PLLC
400 South 4th Street #401-27
Minneapolis, MN 55415
Telephone: (612) 807-1575
krichter@cohenmilstein.com
efrisch@cohenmilstein.com

Michelle Yau (*pro hac vice*)
Allison Pienta (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave. NW, Eighth Floor
Washington, D.C. 20005
Telephone: (202) 408-4600
myau@cohenmilstein.com
apienta@cohenmilstein.com

Michael Eisenkraft
COHEN MILSTEIN SELLERS & TOLL, PLLC
88 Pine Street, 14th Floor
New York, New York 10005
Telephone: (212) 838-7797
meisenkraft@cohenmilstein.com

Jamie Crooks (*pro hac vice*)
Michael Lieberman (*pro hac vice*)
FAIRMARK PARTNERS, LLP
400 7th Street NW, Suite 304
Washington, DC 20004
Telephone: (619) 507-4182
jamie@fairmarklaw.com
michael@fairmarklaw.com

Daniel E. Gustafson
GUSTAFSON GLUEK PLLC

Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com

*Attorneys for Plaintiffs and the Proposed Class*