UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SERGIO NAVARRO, THERESA GAMAGE, DAYLE BULLA, JANE KINSELLA, and ERICA McKINLEY, on their own behalf, on behalf of all others similarly situated, and on behalf of the Wells Fargo & Company Health Plan and its component plans,<br><br>      Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY,<br><br>      Defendant. | No. 0:24-cv-03043-LMP-DLM<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF DEADLINES FOR DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT** |

Having read and considered the parties' Joint Motion, the Court finds good cause to approve the time by which Defendant Wells Fargo & Company ("Defendant") shall answer, move, or otherwise respond to the Amended Complaint, and for related briefing, as follows:

1. The deadline for Defendant's Motion to Dismiss the Amended Complaint is June 12, 2025.

2. The deadline for Plaintiffs' Opposition to Defendant's Motion to Dismiss is July 17, 2025.

3. The deadline for Defendant's Reply in support of its Motion to Dismiss is August 7, 2025.

**IT IS SO ORDERED.**

Dated: May __, 2025

_____
THE HONORABLE LAURA M. PROVINZINO
U.S. DISTRICT COURT JUDGE