UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SERGIO NAVARRO, THERESA GAMAGE, DAYLE BULLA, JANE KINSELLA, and ERICA McKINLEY, on their own behalf, on behalf of all others similarly situated, and on behalf of the Wells Fargo & Company Health Plan and its component plans,<br><br>     Plaintiffs,<br><br> v.<br><br>WELLS FARGO & COMPANY,<br><br>     Defendant. | Civil Action No. 0:24-cv-03043-LMP-DLM |

**MEET AND CONFER STATEMENT REGARDING
PLAINTIFFS' MOTION REGARDING CONTINUED
<u>SEALING OF REFERENCE LIST</u>**

  Pursuant to D. Minn. LR 7.1(a), Plaintiffs' undersigned counsel certifies that he conferred with Defendant's counsel by email to discuss Plaintiffs' Motion Regarding Continued Sealing of Reference List. On May 16, 2025, Defendant's counsel stated that Defendant does not oppose the sealing request.

Dated: May 19, 2025     Respectfully Submitted,

             */s/ Kai H. Richter*
             Kai Richter MN Bar No. 0296545
             Eleanor Frisch MN Bar No. 397776
             COHEN MILSTEIN SELLERS & TOLL, PLLC
             400 South 4th Street #401-27
             Minneapolis, MN 55415
             Telephone: (612) 807-1575
             krichter@cohenmilstein.com

efrisch@cohenmilstein.com

Michelle Yau (*pro hac vice*)
Allison Pienta (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave. NW, Eighth Floor
Washington, D.C. 20005
Telephone: (202) 408-4600
myau@cohenmilstein.com
apienta@cohenmilstein.com

Michael Eisenkraft
COHEN MILSTEIN SELLERS & TOLL, PLLC
88 Pine Street, 14th Floor
New York, New York 10005
Telephone: (212) 838-7797
meisenkraft@cohenmilstein.com

Jamie Crooks (*pro hac vice*)
Michael Lieberman (*pro hac vice*)
FAIRMARK PARTNERS, LLP
400 7th Street NW, Suite 304
Washington, DC 20004
Telephone: (619) 507-4182
jamie@fairmarklaw.com
michael@fairmarklaw.com

Daniel E. Gustafson
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com

*Attorneys for Plaintiffs and the Proposed Class*