## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SERGIO NAVARRO, THERESA GAMAGE, DAYLE BULLA, JANE KINSELLA, and ERICA McKINLEY, on their own behalf, on behalf of all others similarly situated, and on behalf of the Wells Fargo & Company Health Plan and its component plans,<br><br>      Plaintiffs,<br><br> v.<br><br>WELLS FARGO & COMPANY,<br><br>      Defendant. | Civil Action No. 0:24-cv-03043-LMP-DLM |

### **[PROPOSED] ORDER**

  Plaintiffs' Motion Regarding Continued Sealing of Reference List is hereby **GRANTED**. The Clerk of the Court shall maintain the Reference List (ECF 65) under seal.

**SO ORDERED**:

Dated: May ___, 2025       _____
                  Honorable Douglas L. Micko
                  United Stated Magistrate Judge