UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SERGIO NAVARRO, THERESA GAMAGE, DAYLE BULLA, JANE KINSELLA, and ERICA McKINLEY, on their own behalf, on behalf of all others similarly situated, and on behalf of the Wells Fargo & Company Health Plan and its component plans,<br><br>       Plaintiffs,<br><br>  v.<br><br>WELLS FARGO & COMPANY,<br><br>       Defendant. | No. 0:24-cv-03043-LMP-DLM |

**NOTICE OF DEFENDANT WELLS FARGO & COMPANY'S MOTION
TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and the Local Rules of this Court, Defendant Wells Fargo & Company moves to dismiss Plaintiffs' Amended Class Action Complaint in its entirety. The grounds for this motion are set forth in Defendant Wells Fargo & Company's Memorandum of Law in Support of its Motion to Dismiss the Amended Class Action Complaint, all supporting materials filed contemporaneously therewith, and arguments of counsel, as well as all the files, records, submissions, and proceedings in this matter.

Dated:   June 12, 2025                    Respectfully submitted,

**PROSKAUER ROSE LLP**

By:  */s/ Russell L. Hirschhorn*
Russell L. Hirschhorn (*pro hac vice*)
Joseph E. Clark (*pro hac vice*)
Sydney L. Juliano (*pro hac vice*)
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
rhirschhorn@proskauer.com
jclark@proskauer.com
sjuliano@proskauer.com

**FAEGRE DRINKER BIDDLE & REATH LLP**
Jeffrey P. Justman (#0390413)
Kiera Murphy (#0401027)
90 S. 7th St., Suite 2200
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
jeff.justman@faegredrinker.com
kiera.murphy@faegredrinker.com

*Counsel for Wells Fargo & Company*