# UNITED STATES DISTRICT COURT

## District of Minnesota

| | |
|---|---|
| Sergio Navarro, Theresa Gamage, Dayle Bulla, Jane Kinsella, Erica McKinley, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | Case Number: 24-cv-3043 LMP/DLM |
| Wells Fargo & Company, | |
| Defendant. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Professor Amy B. Monahan's Motion for Leave to File a Brief of Amicus Curiae (ECF No. 86) is **GRANTED**;

2. Wells Fargo's Motion to Dismiss the Amended Class Action Complaint (ECF No. 77) is **GRANTED**; and

3. Plaintiffs' Amended Complaint (ECF No. 64) is **DISMISSED** for lack of jurisdiction.

Date: 3/3/2026                                                KATE M. FOGARTY, CLERK